[No. 8,147.—In Bank.]
Jan. 19, 1882.

## H. M. NAGLEE *v.* FRANCIS E. SPENCER, JUDGE, ETC.

APPEAL—JURISDICTION—MOTION FOR NEW TRIAL.—An appeal from a judgment does not divest the trial Court of jurisdiction to hear and determine a motion for a new trial.

APPLICATION for writ of *mandamus.*

*William Matthews,* for Plaintiff.

*J. C. Black,* for Defendant.

The COURT:

The appeal from the judgment did not divest the trial Court of jurisdiction to hear and determine the motion for a new trial.

Let the writ issue as prayed for.